IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shannon Charles, ) | |
| ) | C.A. No.: 0:04-838-CMC-JRM |
| Plaintiff, ) | |
| ) | |
| vs. ) | **OPINION AND ORDER** |
| ) | |
| Beauty Systems Group, Inc., ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

In this action, Plaintiff claims that her former employer, Defendant Beauty Systems Group, Inc., discriminated against her in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* Defendant filed a motion for summary judgment and Plaintiff filed a response.

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Joseph R. McCrorey, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 of the District of South Carolina.

The Magistrate Judge has recommended that Defendant's motion for summary judgment be granted.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the

recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Report and Recommendation of the Magistrate Judge and incorporates it herein. It is therefore

**ORDERED** that Defendant's motion for summary judgment (Doc. 14) is granted.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 29, 2005

C:\temp\notesB0AA3C\04-838 Charles v. Beauty Systems - granted sj - no objs to R&R.wpd